IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA KAYE HAASIS                                                                                       PLAINTIFF

      v.      Civil No. 10-2133

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                      DEFENDANT

## J U D G M E N T

  For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

  IT IS SO ORDERED AND ADJUDGED this 27th day of July, 2011.

                /s/ *J. Marschewski*
                HON. JAMES R. MARSCHEWSKI
                CHIEF U.S. MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**